UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 08mJ8142
                          )                08CR546 BEN
vs                        )  ABSTRACT OF ORDER
                          )
Jesus Ortiz, Jr.          )  Booking No. 05996298
                          )              @ 105 882 286
                          )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____2/15/08_____
the Court entered the following order:

____✓____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____✓____ Defendant released on $ 5,000 bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
          _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

                                        PETER C. LEWIS
                                        UNITED STATES MAGISTRATE JUDGE

                                        OR
                                        W. SAMUEL HAMRICK, JR.  Clerk
Received_____                   by
          DUSM                               Deputy Clerk

Crim-9  (Rev 6-95)                                      ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY