KNUT S. JOHNSON (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 232-7080 (Phone)
(619) 232-7324 (Fax)

Attorney for JESUS ORTIZ

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JESUS ORTIZ,<br><br>　　　　Defendant. | CASE NO. 08 cr 0546-BEN<br><br>**ACKNOWLEDGEMENT OF NEXT COURT DATE** |

TO: PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that the defendant JESUS ORTIZ hereby acknowledges that his next court date is April 18, 2008 at 2:00 p.m.

Dated: *April 14th 2008*　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jesus Ortiz

-　08 cr 0546-BEN