1
2  I, the undersigned, declare under penalty of perjury that I am over the age of 18
3  years and not a party to the above-entitled action and that my address is set out
4  above; and that I served the attached pleading in the following manner:
5  I served the above on opposing counsel by e-filing to the Office of the Clerk and I mailed
6  a copy to the Defendant.
7  I declare under penalty of perjury that the forgoing is true and correct.
8
9  Dated: April 14, 2008                    /s/ Knut S. Johnson
                                            Knut S. Johnson
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-     00 cr 1902-JM