KNUT S. JOHNSON (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 232-7080 (Phone)
(619) 232-7324 (Fax)

Attorney for JESUS ORTIZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                   Plaintiff,<br><br>          vs.<br><br>JESUS ORTIZ,<br><br>                   Defendant. | CASE NO. 08 cr 0546-BEN<br><br>**NOTICE OF MOTIONS AND MOTIONS:**<br>**(1) FOR DISCOVERY;**<br>**(2) TO FILE FURTHER MOTIONS.**<br><br>**Time: 9:00 a.m.**<br>**Date: June 2, 2008** |

TO: PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD, KAREN HEWITT, U.S. ATTORNEY, AND ASSISTANT U.S. ATTORNEY RANDY JONES:

PLEASE TAKE NOTICE that at the above-referenced time in the above-referenced department, the defendant will ask the court to grant the following motions:

### I.

### MOTIONS

**(1) FOR DISCOVERY;**

**(2) TO FILE FURTHER MOTIONS.**

PLEASE TAKE FURTHER NOTICE that these motions will be based upon the Federal Rules of Criminal Procedure, the U.S. Constitution, Title 18 to the U.S. Code, the Memorandum of Points and Authorities filed in support of these motions, and any other matters brought up orally or in writing.

- 1 -

-    08 cr 0546-BEN

## II.
## CONCLUSION

For the foregoing reasons, this Court should grant the above motions.


Dated: April 21, 2008                    Respectfully submitted,


                                    ____/S/ Knut S. Johnson____
                                    **Knut S. Johnson, Esq. for**
                                    **Mr. Rivas-Ayala**