Knut S. Johnson
CA Bar No. 125725
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Tel (619)232-7080 Fax (619)232-7324
Attorney for Defendant: Jesus Ortiz, Jr.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (THE HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>    Plaintiff,<br><br>  vs.<br><br>JESUS ORTIZ, JR.,<br><br>    Defendant, | Case No. 08CR-546-BEN<br><br>**JOINT MOTION FOR MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE** |

**COMES NOW** the parties, Laura E. Duffy, Assistant United States Attorney, and Knut S. Johnson, counsel for defendant, Jesus Ortiz, Jr., respectfully requesting that the travel condition restricting travel to Southern District of California be modified to allow the defendant to travel to Mexicali Mexico on August 12, 2008 and August 15, 2008 in order to attend his recently deceased grandfather's funeral and burial services. Yolanda Herman of Pretrial Services has been contacted and has no opposition to the travel modifications.

Dated: 8/11/08            /S/ Laura E. Duffy by consent
                          LAURA E. DUFFY
                          Assistant United States Attorney

Dated: 8/11/08            /S/ Knut S. Johnson
                          KNUT S. JOHNSON
                          Attorney for Defendant
                          Jesus Ortiz, Jr.

---

*Joint Motion for Modification Of Conditions Of Supervised Release*

*, U.S. v. Ortiz,* **08CR-546-BEN**

**1**

Knut S. Johnson
CA Bar No. 125725
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Tel (619)232-7080 Fax (619)232-7324
Attorney for Defendant: Jesus Ortiz, Jr.

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| United States of America, | Case No. 08CR-546-BEN |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| A JESUS ORTIZ, JR., | |
| Defendant, | |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Joint Motion for Continuance on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11 August 2008                    /S/ Knut S. Johnson
                                          Knut S. Johnson

---

*Joint Motion for Modification Of Conditions Of Supervised Release*

*, U.S. v. Ortiz,* **08CR-546-BEN**

**2**