**FILED**
AUG 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (THE HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br>　　　　Plaintiff,<br>vs.<br>JESUS ORTIZ, JR.,<br>　　　　Defendant, | Case No. Case No. 08CR-546-BEN<br><br>**JOINT MOTION FOR MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE** |

GOOD CAUSE HAVING BEEN SHOWN, this Court grants the above-entitled motion.

Thus, THIS COURT ORDERS that the travel conditions restricting travel to the Southern District of California be modified to allow the defendant to travel to Mexicali Mexico on August 12, 2008 and August 15, 2008.

IT IS FURTHER ORDERED that the defendant report to Pretrial Services prior to his departure and upon return from his trip.

IT IS SO ORDERED.

Dated: 8/11/08

_____
HON. ROGER T. BENITEZ
U.S. District Court Judge

---

*Order Granting Joint Motion for Modification Of Conditions Of Supervised Release*, *U.S. v. Ortiz*, 08CR-546-BEN

1